

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-18-2007

# Stackhouse v. Kravich

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-3956

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Stackhouse v. Kravich" (2007). *2007 Decisions.* Paper 1259.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1259

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

BLD-159                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-3956
_____

STEPHEN STACKHOUSE,
                                                    Appellant
vs.

JOHN KRAVICH, Public Defender, Montgomery County
_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 06-cv-03118)
District Judge: Honorable Timothy J. Savage
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
March 22, 2007
Before:   MCKEE, FUENTES and WEIS, CIRCUIT JUDGES

Filed: April 18, 2007
_____

OPINION
_____

PER CURIAM.

        Appellant, Stephen Stackhouse, proceeding pro se and in forma pauperis,

filed a complaint asserting a claim under 42 U.S.C. § 1983 against public defender John

Kravich.  The complaint alleges that Kravich did not adequately defend Stackhouse

against state criminal charges.  Stackhouse requests money damages and that his state

1

conviction be overturned. We agree with the District Court that Kravich is not a proper party to this action, see Polk County v. Dodson, 454 U.S. 312, 325 (1981), and that even if he were, the instant challenge to the validity of the state conviction would be barred by Heck v. Humphrey, 512 U.S. 477, 486-87 (1994).

As the appeal lacks arguable merit, we will dismiss it pursuant to 28 U.S.C. § 1915(e)(2)(B). Appellant's motion for appointment of counsel is denied.